900 F.2d 256
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Jerry Edwin DAVIS, Defendant-Appellant.
 No. 89-6885.
 United States Court of Appeals, Fourth Circuit.
 Submitted: March 5, 1990.
Decided: March 21, 1990.
Rehearing and Rehearing In Banc Denied April 18, 1990.
 
 Appeal from the United States District Court for the District of South Carolina, at Spartanburg. G. Ross Anderson, Jr., District Judge. (CR-84-46-7)
 Jerry Edwin Davis, appellant pro se.
 William Corley Lucius, Assistant United States Attorney, Greenville, S.C., for appellee.
 D.S.C.
 AFFIRMED.
 Before ERVIN, Chief Judge, and PHILLIPS and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Jerry Edwin Davis appeals from the district court's order denying Davis's Fed.R.Crim.P. 35 motion and motion to recuse. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Davis, No. CR-84-46-7 (D.S.C. Nov. 3, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED